**No. 60358.**—Associated Dry Goods Corp. (Lord & Taylor Div.) et al. *v.* United States, protests 264442–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

NOVEMBER 13, 1956

**No. 60359.**—SUIT 4836.—Dart Export Corporation et al. *v.* United States.——Abstract 58434 affirmed February 21, 1956.   C. A. D. 610.

BEFORE THE FIRST DIVISION, NOVEMBER 21, 1956

**No. 60360.**—Columbia Tropical Aquarium and W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protests 210919–K and 212794–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of aquafern similar in all material respects to that the subject of *Westchester Aquarium Supply Co.* v. *United States* (36 Cust. Ct. 146, C. D. 1767), the claim of the plaintiffs was sustained.